# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**TARAS LAFRANCE HILL, JR.**                                          **PLAINTIFF**

**vs.**                                **CIVIL ACTION No.: 3:18-CV-743-HTW-LRA**

**LAUDERDALE COUNTY, MISSISSIPPI**
**SHERIFF BILLY SOLLIE**                                           **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of the United States Magistrate Judge Linda Anderson **[Docket no. 22]**. In her Report and Recommendation, filed on June 19, 2019, Magistrate Judge Anderson recommended that the plaintiff's complaint **[Docket no. 1]** be DISMISSED because, after having been released from the custody of Lauderdale County, Mississippi, plaintiff has failed to appear for various hearings and has failed to provide a mailing address. Magistrate Judge Anderson directed the *pro se* plaintiff to file any objections within fourteen (14) days. The petitioner has failed to do so.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 22]**, this court finds it well-taken. Therefore, the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** as the order of this court.

Accordingly, this order hereby **DISMISSES** this lawsuit **WITHOUT PREJUDICE** and orders that the parties are to bear their own costs.

**SO ORDERED this the 12th day of July, 2019.**

                                        **s/ HENRY T. WINGATE**
                                        **UNITED STATES DISTRICT COURT JUDGE**